**Order entered September 8, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00847-CV

**WILLIAM BRUCE SHERRILL, D.D.S. AND SHAW & SHERRILL, D.D.S., Appellants**

**V.**

**BUFFIE G. WILLIAMS, Appellee**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-10538**

## ORDER

We **GRANT** appellants' September 3, 2014 unopposed motion for extension of time to file brief and **ORDER** the brief be filed no later than October 6, 2014. No further extensions will be granted absent exigent circumstances.

/s/    ELIZABETH LANG-MIERS
JUSTICE